**DISMISS; Opinion issued February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01191-CV

**ALFONSO MCCOY, Appellant**

**V.**

**FEDERAL HOME LOAN MORTGAGE CORP., ET AL, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01999**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated August 29, 2012 we notified appellant the $175 filing fee was due. We cautioned appellant that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Also by letter dated August 29, 2012, we notified appellant he had not filed a docketing statement. We directed appellant to file a docketing statement within ten days. We cautioned appellant that failure to do so might result in the dismissal of this appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(b), (c).


 /Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


121191F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALFONSO MCCOY, Appellant

No. 05-12-01191-CV      V.

FEDERAL HOME LOAN MORTGAGE
CORP., TAYLOR BEAN & WHITAKER
MORTGAGE CORP., OCWEN LOANS
SERVICING, LLP, and MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-01999.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees FEDERAL HOME LOAN MORTGAGE CORP., TAYLOR BEAN & WHITAKER MORTGAGE CORP., OCWEN LOANS SERVICING, LLP, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS recover their costs of this appeal from appellant ALFONSO MCCOY.

Judgment entered February 20, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE